AO ___   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT

Eastern District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) based on USSG 821 |
| V. | |
| Iriarte, Gerardo | Case Number: 4:15-cr-00140-01-JM |
| | USM Number: 29115-009 |
| **Date of Original Judgment:** 01/03/2017 (Or Date of Last Amended Judgment) | Mark Jesse Defendant's Attorney at Sentencing |

Upon motion of ☐ the defendant  ☐ the Director of the Bureau of Prisons  X the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  X GRANTED and the defendant's previously imposed sentence of imprisonment of __135__ months is reduced to __121 months__.

## I. COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure/Variance/Rule 35): __31__         Amended Offense Level: __31__
           Criminal History Category: __III__              Criminal History Category: __II__
Previous Guideline Range: __135__ to __168__ months     Amended Guideline Range: __121__ to __151__ months

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The original term of imprisonment imposed was less than the guideline range applicable to the defendant
     at the time of sentencing and the reduced sentence is below the amended guideline range.
☐ Other (specify) _____.

## III. FURTHER EXPLANATION (e.g., recommendations to the Bureau of Prisons) (if necessary)

Except as provided above, all provisions of the judgment dated __01/03/201__ shall remain in effect.

**IT IS SO ORDERED.**

__11/16/2023__                                      _(signature)_
Order Date                                          Signature of Judge

__February 1, 2024__                                U.S. District Judge James M. Moody, Jr.
Effective Date (if delayed)                         Name and Title of Judge